IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOCIETY INSURANCE, A MUTUAL COMPANY,

                                                                                   ORDER

                Plaintiff,

   and

SCOTT FRIEDLE,

                Involuntary Plaintiff,

                                                                 17-cv-95-bbc

   v.

BESSEMER PLYWOOD COMPANY and
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendants Bessemer Plywood Company and Harleysville Lake States Insurance Company seek reconsideration of an order dated March 17, 2017, in which I remanded this case to state court for lack of subject matter jurisdiction because defendants failed to show that plaintiffs and defendants have diverse citizenship under 28 U.S.C. § 1332. In their motion for reconsideration, defendants do not contend that the court made a legal error, but ask the court to consider new evidence regarding the citizenship of the parties. Dkt. #13.

      Defendants had two opportunities to show that jurisdiction is proper in this case and they acknowledge that they failed both times. They are not entitled to a third opportunity.

1

Accordingly, IT IS ORDERED that the motion for reconsideration filed by defendants Bessemer Plywood Company and Harleysville Lake States Insurance Company, dkt. #13, is DENIED.

Entered this 31st day of March, 2017.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge